In the Matter of the Probate of the Will of JEAN TOWNSEND, Deceased. PHILIP L. ZENNER et al., Appellants; OTTO TOWNSEND et al., Respondents.

Submitted November 17, 1952; decided November 25, 1952.

*John J. Mahon* for motions.

*Philip L. Zenner,* in person, *Norman M. Pinsky* and *Nicholas J. Changose* opposed.

Motions denied, with $10 costs.